**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SIGNATURE FINANCIAL, LLC,    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No. 1:21-cv-01273-MLB
    )
JASON MOODY,    )
    )
    Defendant.    )

**FOURTH CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

**COME NOW**, Plaintiff Signature Financial, LLC ("Plaintiff" or "Signature Financial") and Defendant Jason Moody ("Defendant" or "Moody") (collectively referred to herein as the "Parties"), and hereby request the Court extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint, thereby moving the current deadline from June 21, 2021 to July 9, 2021.

Counsel for Defendant has inquired of Plaintiff's counsel to have additional time to investigate Plaintiff's claims and Defendant's defenses before having to respond to the Complaint.  Accordingly, the Parties consent to this extension, which is brought in good faith.  This extension is the fourth extension sought by Defendant to his deadline to answer or otherwise respond to Plaintiff's Complaint, with the first

and second extension only for two weeks, respectively, and the third extension for thirty days.

WHEREFORE, the Parties respectfully request Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended through and including July 9, 2021.  For the Court's convenience, a proposed Order is attached.

Respectfully submitted this 16th day of June, 2021.

MCMICHAEL TAYLOR GRAY, LLC

/s/ Mark A. Baker
Mark A. Baker
Georgia Bar No. 033840
3550 Engineering Drive, Suite 260
Peachtree Corners, Georgia 30092
Telephone: (404) 474-7149
mbaker@mtglaw.com
Counsel for Plaintiff

BURKHALTER LAW, LLC

/s/ C. Melissa Ewing
David C. King
Georgia Bar No. 422220
April Freeman
Georgia Bar No. 517093
C. Melissa Ewing
Georgia Bar No. 253383
900 Circle 75 Parkway, Suite 950
Atlanta, Georgia 30339

Telephone: (678) 974-1720
david@burkhalterlawllc.com
april@burkhalterlawllc.com
melissa@burkhalterlawllc.com
*Counsel for Defendant Jason Moody*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.l (B).

This 16th day of June, 2021.

_s/ C. Melissa Ewing_
C. Melissa Ewing
Georgia Bar No. 253383
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this day I filed the foregoing document via the Court's CM/ECF system which shall automatically provide a service copy to the following counsel of record:

Mark A. Baker
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
mbaker@mtglaw.com

This 16th day of June, 2021.

*s/ C. Melissa Ewing*
C. Melissa Ewing
Georgia Bar No. 253383
Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SIGNATURE FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-01273-MLB |
| | ) | |
| JASON MOODY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the parties' *Fourth Consent Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint*, and for good cause shown, the Court rules as follows:

Defendant's deadline to answer or otherwise respond to Plaintiffs' *Complaint* is extended through and including July 9, 2021.

IT IS SO ORDERED, this _____day of _____, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA